No. 11–10350. RIETHMILLER v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 11–10352. COLEMAN v. LANDRUM, WARDEN. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–10355. BRYAN v. DEFENSE TECHNOLOGY, U. S., ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–10356. CABALLERO v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–10358. KASSAB v. JEFF ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–10359. KIRKPATRICK v. TEXAS (four judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 11–10360. DE LA CRUZ v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 11–10363. YARNS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–10366. JOHNSON v. SHERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10367. LANGLEY v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 11–10368. BOULDS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–10369. BROWN v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–10370. SOTO-QUINONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10372. STEVENS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.